

**NUMBER 13-12-00136-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JACQUELINE J. CHARPENTIER, INDIVIDUALLY
AND D/B/A COASTAL BEND SIDING & WINDOWS,　　　　　Appellant,

v.

METALS USA,　　　　　　　　　　　　　　　　　　　　Appellee.

---

### On Appeal from the County Court at Law No. 2
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Jacqueline J. Charpentier, Individually and d/b/a Coastal Bend Siding &

Windows, perfected an appeal from a judgment rendered against them in favor of

appellee, Metals USA.　On March 28, 2012, the Clerk of this Court notified appellant that

the clerk's record in the above cause was originally due on January 26, 2012, and that the

district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
17th day of May, 2012.

2